IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. WEST, INC., et al.,

        Plaintiffs,

vs.                                    Civ. No. 96-1366 MV/WWD

GLORIA TRISTANI, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon an Unopposed Motion to Extend Time for Plaintiffs to Respond to Outstanding Discovery and Defendants to Serve Motion to Compel [docket no. 103]. Although I can grant some of the relief sought, the order submitted by the parties would crowd the trial setting of March 16, 1998; accordingly, it is not acceptable.

        Plaintiffs may have, as requested, an extension of time to and including January 9, 1998, within which to serve Plaintiffs' responses to Defendants' Fifth Set of Interrogatories and Request for Production of Documents and Defendants' Request for Admissions. Defendants shall serve any motion to compel with respect to their Fourth and/or Fifth Set of Interrogatories and Requests for Production of Documents on or before January 19, 1998. Plaintiffs shall serve their responses to the aforementioned motion on or before January 26, 1998; and Defendants shall serve their reply upon Plaintiffs and shall file the package for the motion to compel with the Court on or before January 30, 1998.

        This cause shall proceed in accordance with the schedule set out above.

        **IT IS SO ORDERED**.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE